# CHERYL A. DIXON, RPR, CRR, CSR
### COURT REPORTER
### cadixon92@gmail.com

FILED IN
~~5th COURT OF APPEALS~~
DALLAS, TEXAS
11/9/2015 8:24:34 AM
LISA MATZ
Clerk

**November 9, 2015**

**Fifth District Court of Appeals**
**600 Commerce Street, Suite 200**
**Dallas, Texas 75202**

RE:     **Trial Court Cause No. F14-76000-U; COA No. 05-15-00859-CR**
        **STATE OF TEXAS vs. DERIC EUGENE MADISON**

Dear Clerk of the Court:

I am writing this letter to respectfully request a final extension of 5 (five) days to file the Reporter's Record in the above-referenced cause, putting the due date to file this Record no later than this Friday, November 13, 2015. This extension is being requested due to the fact that I had to have an emergency hysterectomy on Friday, October 23, 2015, approximately two weeks ago. This record is over 1,000 pages long.  I am approximately halfway through completion of this Record, considering my current health condition.  I am fully prepared to have this Record filed by Friday, November 13, 2015, if given the chance.  Currently, this is my last outstanding appeal with the 291st Judicial District Court that is past due.  I have my last two appeals with the 291st Judicial District Court, State of Texas vs. Jason Daniel Crouch, COA No. 05-15-00858-CR, due November 19, 2015, and State of Texas vs. Johnny Lee Chapin, COA No. 05-15-01009-CR, due December 10, 2015.  In the meantime, I filed State of Texas vs. Gary Dewayne Hill, COA No. 05-15-00756-CR this past Saturday, November 7, 2015.  It was over 500 pages.

This extension will allow time for preparation and filing of the Reporter's Record on or before. Thank you for your time and attention to this matter.

Sincerely,


/s/ Cheryl A. Dixon, RPR, CRR, CSR
Court Reporter